UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAY 23 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                        INDICTMENT NO. 6:24-cr-31-CHB

**EDGAR SIZEMORE and
JOSPEH S. PADILLA**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

Beginning on or about a day in December of 2023, the exact date unknown, and continuing through on or about May 9, 2024, in Knox County, in the Eastern District of Kentucky, and elsewhere,

**EDGAR SIZEMORE and
JOSEPH S. PADILLA**

did conspire together and with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 18 U.S.C. § 924(c)(1)(A)

Beginning on or about a day in December of 2023, the exact date unknown, and continuing through on or about May 9, 2024, in Knox County, in the Eastern District of Kentucky, and elsewhere,

**EDGAR SIZEMORE**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, conspiracy to distribute a mixture or substance containing methamphetamine, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about February 25, 2024, in Knox County, in the Eastern District of Kentucky,

**JOSEPH S. PADILLA**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 18 U.S.C. § 922(g)(1)

On or about February 25, 2024, in Knox County, in the Eastern District of Kentucky,

**JOSEPH S. PADILLA,**

knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a F.I.E., model Titan

E27, .25 caliber pistol, serial number ED11785, said firearm having been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about April 7, 2024, in Knox County, in the Eastern District of Kentucky,

**EDGAR SIZEMORE**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 18 U.S.C. § 922(g)(1)

On or about May 9, 2024, in Knox County, in the Eastern District of Kentucky,

**EDGAR SIZEMORE,**

knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Clerke Technicorp, model Clerke First, .32 caliber revolver, serial number 847816, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Counts 1, 3, and 5 of the Indictment, **EDGAR SIZEMORE** and **JOSEPH S. PADILLA**, shall forfeit to the United States any and all property used, or intending to be used, to

commit and/or to facilitate the commission of the violations of the violation(s) of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation(s) of 21 U.S.C. §§ 846 and 841. Any and all interest that **EDGAR SIZEMORE** and **JOSEPH S. PADILLA** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the felony offenses alleged in Counts 2, 4, and 6 of the Indictment, **EDGAR SIZEMORE** and **JOSEPH S. PADILLA**, shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and/or 924. Any and all interest that **EDGAR SIZEMORE** and **JOSEPH S. PADILLA** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNTION:**
a. a F.I.E., model Titan E27, .25 caliber pistol, serial number ED11785 seized from Joseph S. Padilla, on or about February 25, 2024; and
b. a Clerke Technicorp, model Clerke First, .32 caliber revolver, serial number 847816 seized from Edgar Sizemore, on or about May 9, 2024.

A TRUE BILL

FOREPERSON

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1:

Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

> **IF PRIOR CONVICTION FOR A SERIOUS DRUG FELONY OR SERIOUS VIOLENT FELONY OFFENSE:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

## COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

## COUNTS 3 and 5:

Not more than 20 years imprisonment, not more than a $1,000,000.00 fine, and at least 3 years of supervised release

> **IF PRIOR CONVICTION FOR A SERIOUS DRUG FELONY OR SERIOUS VIOLENT FELONY OFFENSE:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

## COUNTS 4 and 6:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Forfeiture of listed assets.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.